IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:08cr14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RAUL DIAZ MARTINEZ. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Resentence *in Abstentia* [Doc. 34].

For the reasons stated, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Resentence *in Abstentia* [Doc. 34] is hereby **GRANTED**. This matter is hereby scheduled for a resentencing hearing on **September 29, 2008 at 11:00 a.m.** in the Charlotte Division.

**IT IS SO ORDERED**.

Signed: September 26, 2008

Martin Reidinger
United States District Judge